NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RETIREMENT CAPITAL ACCESS MANAGEMENT COMPANY LLC,**
*Appellant*

v.

**U.S. BANCORP,**
*Appellee*

---

2015-1039

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2013-00014.

---

**JUDGMENT**

---

CASEY L. GRIFFITH, Griffith Bates Champion & Harper LLP, Dallas, TX, argued for appellant. Also represented by MICHAEL BARBEE.

MATTHEW JAMES DOWD, Wiley Rein, LLP, Washington, DC, argued for appellee. Also represented by ANTHONY H. SON, FREDERICK S. FREI, SUSHILA CHANANA, Andrews Kurth, LLP, Washington, DC.

LORE A. UNT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by NATHAN K. KELLEY, STACY BETH MARGOLIES, SCOTT WEIDENFELLER.

─────────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, BRYSON, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 August 7, 2015           /s/ Daniel E. O'Toole    
       Date              Daniel E. O'Toole
                         Clerk of Court